UNITED STATES DISTRICT
COURT DISTRICT OF NEW
JERSEY

UNITED STATES v. FRANCISCO VALLEJO,  Crim. No. 16-0105  DOB: 11/06/1989  SBI# 208465E

-----------------------------------------------------------------------------------------------------------

P E T I T I O N   F O R
W R I T   O F   H A B E A S   C O R P U S

1. FRANCISCO VALLEJO (D/O/B 11/06/1989) is now confined at Bayside State Prison.
2. Said individual will be required at Newark, New Jersey, before the Hon. Susan D. Wigenton, United States District Judge on T u e s d a y ,   J u n e   7 ,  2016, at 12:00 p.m., for an Arraignment. A Writ of Habeas Corpus should be issued for that purpose.

DATED: June 1, 2016

_____
REBECCA M. SHERRILL
ASSISTANT U.S. ATTORNEY

----------------------------------------------------------------------------------------------------------

Let the Writ Issue.                                    O R D E R

DATED: _____, 2016

_____
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT
JUDGE

----------------------------------------------------------------------------------------------------------

W R I T   O F   H A B E A S   C O R P U S

The United States of America to the Warden of Bayside State Prison, Leesburg, New Jersey.

WE COMMAND YOU that you have the body of

FRANCISCO VALLEJO

now confined at Bayside State Prison, Leesburg, New Jersey, be brought before the United States District Court, the Hon. Susan D. Wigenton, U.S. District Judge, in the Martin Luther King Building and United States Courthouse, Courtroom 5C, Newark, New Jersey 07102, on Tuesday, June 7, 2016 at 12:00 pm., so that he may appear for an Initial Appearance in the above-captioned matter.

WITNESS:     The Honorable Susan D. Wigenton
             United States Magistrate Judge
             Newark, New Jersey

DATED: 6/2/16

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
       Deputy Clerk