UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. FRANCISCO VALLEJO     DOCKET NO.: 16-CR-00105 (SDW)

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum      ( ) Ad Testificandum

1. **Francisco Vallejo:** SBI #208465E   DOB: 11/06/1989; (hereinafter the "Detainee") is now confined at:

   **SOUTHERN STATE CORRECTIONAL FACILITY**
   4295 Route 47
   Delmont, NJ 08314
   856-785-1300

2. The Detainee is charged in this District by: ( X ) Indictment     ( ) Information     ( ) Complaint

   with violations of Title 18, United States Code, Section 922 (g) (1).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at Martin Luther King Building and United States Courthouse, before the Hon. Susan D. Wigenton, United States District Court Judge on <u>Tuesday, September 26, 2017 at 11:00 a.m.</u>, for a Status Conference in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 14, 2017

VERONICA ALLENDE
Assistant U.S. Attorney
Petitioner

| | **ORDER** |
|---|---|
| Let the Writ Issue. | |
| DATED: Sept. 15, 2017 | |
| | _____ |
| | HON. SUSAN D. WIGENTON, U.S.D.J. |

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of:

**SOUTHERN STATE CORRECTIONAL FACILITY**
4295 Route 47
Delmont, NJ 08314
856-785-1300

WE COMMAND YOU that you have the body of

**FRANCISCO VALLEJO**

now confined at the Southern State Correctional Facility, New Jersey, brought before the United States District Court, the Hon. Susan D. Wigenton, U. S. District Court Judge, Martin Luther King Building and United States Courthouse, Courtroom 5C, Newark, NJ 07102, on **September 26, 2017 at 11:00 a.m.**, for **a Status Conference** in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

                                             WITNESS the Honorable Susan D. Wigenton
                                             United States District Court Judge
                                             Newark, New Jersey.

DATED:   September 14, 2017          WILLIAM T. WALSH
                                            Clerk of the U.S. District Court
                                            for the District of New Jersey

                                             Per: _____ 9/15/17
                                                     Deputy Clerk