## ORDER

Let the Writ Issue.

DATED: *Nov. 16, 2017*

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of:

**SOUTHERN STATE CORRECTIONAL FACILITY**
4295 Route 47
Delmont, NJ 08314
856-785-1300

WE COMMAND YOU that you have the body of

**FRANCISCO VALLEJO**

now confined at the Southern State Correctional Facility, New Jersey, brought before the United States District Court, the Hon. Susan D. Wigenton, U. S. District Court Judge, Martin Luther King Building and United States Courthouse, Courtroom 5C, Newark, NJ 07102, on **November 21, 2017 at 11:30 a.m.**, for a **Status Conference** in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Court Judge
Newark, New Jersey.

DATED: November 16, 2017

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk