**ORDER**

Let the Writ Issue.

DATED: 7/9/18

_S/ Wigenton_

HON. SUSAN D. WIGENTON, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of:

**SOUTHERN STATE CORRECTIONAL FACILITY**
4295 Route 47
Delmont, NJ 08314
856-785-1300

WE COMMAND YOU that you have the body of

**FRANCISCO VALLEJO**

now confined at the Southern State Correctional Facility, New Jersey, brought before the United States District Court, the Hon. Susan D. Wigenton, U. S. District Court Judge, Martin Luther King Building and United States Courthouse, Courtroom 5C, Newark, NJ 07102, on **Thursday, July 19th at 9:00 a.m.**, for a Pretrial Conference in the above-captioned matter and **continuing through trial, which begins on Monday July 23rd.**

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Court Judge
Newark, New Jersey.

DATED: July 2, 2018

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _Carmen D. Soto_
Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**UNITED STATES v. FRANCISCO VALLEJO**  DOCKET NO.: 16-CR-00105 (SDW)

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum ( ) Ad Testificandum

1. **Francisco Vallejo:** SBI #208465E  DOB: 11/06/1989;  (hereinafter the "Detainee") is now confined at:

   **SOUTHERN STATE CORRECTIONAL FACILITY**
   4295 Route 47
   Delmont, NJ 08314
   856-785-1300

2. The Detainee is charged in this District by: ( X ) Indictment  ( ) Information  ( ) Complaint

   with violations of Title 18, United States Code, Section 922 (g) (1).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings, i.e. at the end of trial.

4. The Detainee will be required at Martin Luther King Building and United States Courthouse, before the Hon. Susan D. Wigenton, United States District Court Judge on **Thursday, July 19th at 9:00 a.m.**, for a Pretrial Conference in the above-captioned case and **continuing through trial, which begins on Monday July 23rd**.  A Writ of Habeas Corpus should issue for that purpose.

DATED: July 2, 2018

_____
BRENDAN DAY
Assistant U.S. Attorney
Petitioner