# ORDER

Let the Writ Issue.

DATED: *January 11, 2019*

*[signature]*
HON. SUSAN D. WIGENTON, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of:

**Northern State Prison**
168 Frontage Road
Newark, New Jersey 07114

WE COMMAND YOU that you have the body of

**FRANCISCO VALLEJO**

now confined at the Northern State Prison, New Jersey, brought before the United States District Court, the Hon. Susan D. Wigenton, U. S. District Court Judge, Martin Luther King Building and United States Courthouse, Courtroom 5C, Newark, NJ 07102, on **Tuesday, February 5th at 11:00 a.m.**, for a Sentencing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Court Judge
Newark, New Jersey.

DATED: January 11, 2019

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: *Carmen D. Soto*
Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**UNITED STATES v. FRANCISCO VALLEJO**  DOCKET NO.: 16-CR-00105 (SDW)

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum        ( ) Ad Testificandum

1. **Francisco Vallejo:** SBI #208465E  DOB: 11/06/1989; (hereinafter the "Detainee") is now confined at:

   **Northern State Prison**
   168 Frontage Road
   Newark, New Jersey 07114

2. The Detainee is charged in this District by: ( X ) Indictment   ( ) Information   ( ) Complaint

   with violations of Title 18, United States Code, Section 922 (g) (1).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings, i.e. at the end of trial.

4. The Detainee will be required at Martin Luther King Building and United States Courthouse, before the Hon. Susan D. Wigenton, United States District Court Judge on **Tuesday, February 5th at 11:00 a.m.**, for Sentencing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: January 11, 2019

BRENDAN DAY
Assistant U.S. Attorney
Petitioner